**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| **JASON CASSIDY, M.D.;**<br><br>**Plaintiff,**<br><br>**vs.**<br><br>**PRINCIPAL FINANCIAL GROUP, INC., a Delaware Corporation; and PRINCIPAL LIFE INSURANCE COMPANY, an Iowa Company;**<br><br>**Defendants.** | **4:24CV3215**<br><br>**ORDER** |

The Court held a telephone conference with counsel for the parties on October 19, 2026, regarding outstanding written discovery issues. Specifically, Plaintiff requested further responses from Defendants as to Interrogatories Nos. 9(b), (d), (h), and 16; and Requests for Production Nos. 7, 17(c), 19, 20, and 21. In advance of the conference, counsel provided separate position statements regarding their dispute, which are attached to this order. In accordance with the Court's rulings and parties' agreements during the conference,

1. On or before **October 30, 2026**, Defendants shall supplement their responses to Plaintiff's Interrogatories No. 9(b), (d), and (h) and Request for Production of Documents Nos. 7, 17(c), 20, and 21 as agreed upon by the parties.
2. On or before **October 30, 2026**, Defendants shall supplement their response to Plaintiff's Interrogatory No. 16 as ordered by the Court.
3. Defendants' undue burden and proportionality objections to supplementing their responses to Plaintiff's Request for Production No. 19 are sustained. Plaintiff's alternate request for depositions of the reviewers is denied.
4. A status conference to discuss the scheduling of mediation and further case progression is set before the undersigned magistrate judge on **November 16, 2026, at 3:00 PM (CDT)** by telephone. Counsel shall use the Webex Instructions at Filing No. 21 to participate in the call.
5. The parties shall meet and confer regarding mediation and the selection of a private mediator in advance of the status conference.

6. For purposes of filing Objections to Magistrate Judge's Orders under NECivR 72.2(a), any party must do so within 14-days of this Order.

**IT IS SO ORDERED.**

Dated this 19th day of October, 2026.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge