**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| **JASON CASSIDY, M.D.;**<br><br>**Plaintiff,**<br><br>**vs.**<br><br>**PRINCIPAL FINANCIAL GROUP, INC., a Delaware Corporation; and PRINCIPAL LIFE INSURANCE COMPANY, an Iowa Company;**<br><br>**Defendants.** | **4:24CV3215**<br><br>**ORDER** |

This matter is before the Court following a status conference held with counsel for the parties on November 16, 2026. In accordance with the matters discussed during the conference and for good cause shown,

**IT IS ORDERED** as follows:

1) The deadline for completing mediation is **March 15, 2027**. The parties shall notify the Court within 7-days of when they schedule a mediation date and shall advise the Court of the outcome of mediation within 7-days after it takes place.

2) This case will be resolved by cross-motions for summary judgment, which shall be filed on or before **April 15, 2027**. The brief responding to the opposing party's summary judgment motion shall be filed on or before **May 6, 2027**. Any reply brief shall be filed by **May 20, 2027**.

Dated this 16th day of November, 2026.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge